IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MARCHELLO BECK**  **PLAINTIFF**

**v.**  **No. 4:22CV84-RP**

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**
**(SURGEON UNKNOWN)**  **DEFENDANT**

### ORDER DISMISSING CASE WITH PREJUDICE
### AS UNTIMELY FILED AND FOR FAILURE TO STATE
### A VALID CLAIM UNDER 42 U.S.C. § 1983

This matter comes before the court after its August 25, 2022, order requiring the plaintiff to show cause why the instant case should not be dismissed as untimely filed and for failure to state a claim upon which relief could be granted. The plaintiff has not responded to the order, and the deadline to do so expired on September 15, 2022. This case is therefore **DISMISSED** with prejudice as untimely filed and, in the alternative, for failure to state a claim upon which relief could be granted.

**SO ORDERED**, this, the 26th day of September, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE